DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERTO RAMOS ALGABA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1087

[September 18, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 12-13378CF10A.

Alberto Ramos Algaba, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant, Alberto Ramos Algaba, appeals the order summarily denying his Florida Rule of Criminal Procedure 3.850 motion to correct an illegal sentence and barring him from filing any further pro se motions. We affirm the denial of rule 3.850 relief without discussion. We reverse the trial court's order barring Appellant from further pro se filings.

Appellant argues that the trial court improperly barred him from any further pro se filings before issuing an order to show cause and allowing him an opportunity to respond pursuant to *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).[1] We agree that the trial court erred in imposing sanctions because it appears from the record that Appellant was not afforded procedural due process under *Spencer*. That case mandates that the trial court issue an order to show cause and allow the defendant to respond before considering sanctions. *Id.* at 48; *see also* Fla. R. Crim. P. 3.850(n)(3).

---

[1] Appellant raises one additional argument on appeal, which we affirm without further comment.

The State correctly concedes that Appellant is entitled to an opportunity to respond.  Thus, we reverse the trial court's order barring Appellant from further pro se filings and remand for the trial court to follow the procedure required by *State v. Spencer.*

*Affirmed in part, reversed in part, and remanded with instructions.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***